# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

VINCENT AUGUSTA MORRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0850

———————————————

August 7, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.